1  LAW OFFICE OF STEPHEN M. DIXON, LTD.
   Stephen M. Dixon, Esq.
2  Nevada Bar No. 010025
   7251 W. Lake Mead Blvd., Suite 470
3  Las Vegas, NV 89128
4  P: (702) 329-4911
   steve@stevedixonlaw.com
5  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA SAMPEDRO, DENISE MILANI a/k/a DENISE TRLICA, JESSICA HINTON a/k/a JESSA HINTON, PAOLA CANAS, ROSIE WICKS a/k/a ROSIE JONES, and SANDRA VALENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CAWACHA ENTERTAINMENT, LLC d/b/a MANGO TANGO NIGHTCLUB,<br><br>Defendant. | Case No. 2:22-cv-00296-RFB-BNW<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs, CLAUDIA SAMPEDRO, DENISE MILANI a/k/a DENISE TRLICA, JESSICA HINTON a/k/a JESSA HINTON, PAOLA CANAS, ROSIE WICKS a/k/a ROSIE JONES, and SANDRA VALENCIA (collectively "Plaintiffs"), hereby consent and agree that STEPHEN M. DIXON, ESQ. of the LAW OFFICE OF STEPHEN M. DIXON, LTD, be substituted in the place and stead of ADAM R. KNECHT, ESQ. and KURT R. BONDS, ESQ., of HALL & EVANS, LLC, as attorney of record for said Plaintiffs in the above entitled action.

///

///

- 1 -

1 | DATED this ____ day of February 2024.    By: _____
2 | 2/9/2024 — Claudia Sampedro (DocuSigned)
|    CLAUDIA SAMPEDRO

3 | DATED this ____ day of February 2024.    By: _____
4 |    DENISE MILANI a/k/a DENISE TRLICA

5 | DATED this ____ day of February 2024.    By: _____
6 |    JESSICA HINTON a/k/a JESSA HINTON

7 |
8 | DATED this ____ day of February 2024.    By: _____
9 |    PAOLA CANAS

10 | DATED this ____ day of February 2024.    By: _____
11 |    ROSIE WICKS a/k/a ROSIE JONES

12 | DATED this ____ day of February 2024.    By: _____
13 |    SANDRA VALENCIA

14 |
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 |
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

| | | |
|---|---|---|
| DATED this ____ day of February 2024. | By: | _____ |
| | | CLAUDIA SAMPEDRO |
| 2/7/2024 | | |
| DATED this ____ day of February 2024. | By: | _____ |
| | | DENISE MILANI a/k/a DENISE TRLICA |
| DATED this ____ day of February 2024. | By: | _____ |
| | | JESSICA HINTON a/k/a JESSA HINTON |
| DATED this ____ day of February 2024. | By: | _____ |
| | | PAOLA CANAS |
| DATED this ____ day of February 2024. | By: | _____ |
| | | ROSIE WICKS a/k/a ROSIE JONES |
| DATED this ____ day of February 2024. | By: | _____ |
| | | SANDRA VALENCIA |

///

///

///

///

///

///

///

///

///

///

///

///

1    DATED this \_\_\_\_ day of February 2024.    By: _____
CLAUDIA SAMPEDRO

2

3

4    DATED this \_\_\_\_ day of February 2024.    By: _____
DENISE MILANI a/k/a DENISE TRLICA

5    2/8/2024

6    DATED this \_\_\_\_ day of February 2024.    By: _____
JESSICA HINTON a/k/a JESSA HINTON

7

8    DATED this \_\_\_\_ day of February 2024.    By: _____
PAOLA CANAS

9

10    DATED this \_\_\_\_ day of February 2024.    By: _____
ROSIE WICKS a/k/a ROSIE JONES

11

12    DATED this \_\_\_\_ day of February 2024.    By: _____
SANDRA VALENCIA

13

14

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

| | | |
|---|---|---|
| 1 | DATED this ____ day of February 2024. | By: _____ |
| 2 | | CLAUDIA SAMPEDRO |
| 3 | DATED this ____ day of February 2024. | By: _____ |
| 4 | | DENISE MILANI a/k/a DENISE TRLICA |
| 5 | | |
| 6 | DATED this ____ day of February 2024. | By: _____ |
| | | JESSICA HINTON a/k/a JESSA HINTON |
| 7 | 2/8/2024 | |
| 8 | DATED this ____ day of February 2024. | By: _____ (DocuSigned by: PaolaC, CDE5564D9DF7458...) |
| 9 | | PAOLA CANAS |
| 10 | DATED this ____ day of February 2024. | By: _____ |
| 11 | | ROSIE WICKS a/k/a ROSIE JONES |
| 12 | | |
| 13 | DATED this ____ day of February 2024. | By: _____ |
| | | SANDRA VALENCIA |
| 14 | | |
| 15 | /// | |
| 16 | /// | |
| 17 | /// | |
| 18 | /// | |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

|   |   |   |
|---|---|---|
| 1 | DATED this ____ day of February 2024. | By: _____ |
| 2 |   | CLAUDIA SAMPEDRO |
| 3 | DATED this ____ day of February 2024. | By: _____ |
| 4 |   | DENISE MILANI a/k/a DENISE TRLICA |
| 5 | DATED this ____ day of February 2024. | By: _____ |
| 6 |   | JESSICA HINTON a/k/a JESSA HINTON |
| 7 |   |   |
| 8 | DATED this ____ day of February 2024. | By: _____ |
|   |   | PAOLA CANAS |
| 9 | 2/9/2024 |   |
| 10 | DATED this ____ day of February 2024. | By: ____[DocuSigned signature: 2D7F773B9D46411]____ |
| 11 |   | ROSIE WICKS a/k/a ROSIE JONES |
| 12 | DATED this ____ day of February 2024. | By: _____ |
| 13 |   | SANDRA VALENCIA |

14
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

DATED this ____ day of February 2024.      By: _____
                                                                                   CLAUDIA SAMPEDRO

DATED this ____ day of February 2024.      By: _____
                                                                                   DENISE MILANI a/k/a DENISE TRLICA

DATED this ____ day of February 2024.      By: _____
                                                                                   JESSICA HINTON a/k/a JESSA HINTON

DATED this ____ day of February 2024.      By: _____
                                                                                   PAOLA CANAS

DATED this ____ day of February 2024.      By: _____
                                                                                   ROSIE WICKS a/k/a ROSIE JONES

2/8/2024
DATED this ____ day of February 2024.      By: _____Sandra Valencia_____
                                                                                   SANDRA VALENCIA

///

///

///

///

///

///

///

///

///

///

///

///

///

## CONSENT

ADAM R. KNECHT, ESQ. and KURT R. BONDS, ESQ., of HALL & EVANS, LLC, attorneys of record for Plaintiffs CLAUDIA SAMPEDRO, DENISE MILANI a/k/a DENISE TRLICA, JESSICA HINTON a/k/a JESSA HINTON, PAOLA CANAS, ROSIE WICKS a/k/a ROSIE JONES, and SANDRA VALENCIA, hereby agree that the LAW OFFICE OF STEPHEN M. DIXON, LTD. be substituted in their place and stead as attorneys of record.

DATED this 7th day of February 2024.

HALL & EVANS, LLC

By: _____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228

By: *Adam Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166

## ACCEPTANCE

STEPHEN M. DIXON, ESQ. of the LAW OFFICE OF STEPHEN M. DIXON, LTD., hereby consents to and accepts the substitution of attorney for Plaintiffs CLAUDIA SAMPEDRO, DENISE MILANI a/k/a DENISE TRLICA, JESSICA HINTON a/k/a JESSA HINTON, PAOLA CANAS, ROSIE WICKS a/k/a ROSIE JONES, and SANDRA VALENCIA, in place and stead of ADAM R. KNECHT, ESQ. and KURT R. BONDS, ESQ.

DATED this 13 day of February 2024.

LAW OFFICE OF STEPHEN M. DIXON, LTD.

By: _____
Stephen M. Dixon, Esq.
Nevada Bar No. 010025
7251 W. Lake Mead Blvd., Suite 470
Las Vegas, NV 89128
P: (702) 329-4911
steve@stevedixonlaw.com

**IT IS SO ORDERED**

**DATED:** 8:30 pm, February 28, 2024

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**